IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY C. STOCKMAN,

        Plaintiff,

  v.

EDWARD FOULK, Executive Director, Napa State Hospital,

        Defendant.
                                       /

No. CV-09-3453 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** Plaintiff's allegations fail to state a cognizable claim for relief under 42 U.S.C. § 1983, and, accordingly, the complaint is hereby DISMISSED with prejudice.

Dated: October 19, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk